IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No: 11-02894 ESL |
|---|---|
| CHARLES CANDELARIA FARRULLA | Chapter 13 |
| Debtor(s) | |

# MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to increase the base of the plan.

**WHEREFORE,** it is respectfully requested to this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

In San Juan, Puerto Rico this 20th day of July of 2011.

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

# United States Bankruptcy Court
## District of Puerto Rico

Case No. 11-02894-13

IN RE:
CANDELARIA FARRULLA, CHARLES
Debtor(s)

Chapter 13

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: 7/20/2011
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 100.00 x 18 = $ 1,800.00
$ 200.00 x 42 = $ 8,400.00
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ 10,200.00

Additional Payments:
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ 10,200.00

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. FIRST BANK OF PR   Cr. FIRST BANK OF PR   Cr. See Attached
# 4160-000-192-615    # 4160000278214        # ___
$ 750.00              $ 35.00                $ ___
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. ___   Cr. ___   Cr. ___
# ___     # ___     # ___
$ ___     $ ___     $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___   Cr. ___   Cr. ___
# ___     # ___     # ___
$ ___     $ ___     $ ___
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other: _____
6. ☑ Debtor otherwise maintains regular payments directly to:
FIRST BANK OF PR   FIRST BANK OF PR   See Attached

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
Cr. ___   Cr. ___   Cr. ___
# ___     # ___     # ___
$ ___     $ ___     $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,444.00

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
See Continuation Sheet

Signed: /s/ CHARLES CANDELARIA FARRULLA
Debtor

Joint Debtor

Attorney for Debtor Jose Prieto                    Phone: (787) 607-2066

CHAPTER 13 PAYMENT PLAN

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE CANDELARIA FARRULLA, CHARLES
Debtor(s)

Case No. 11-02894-13

## CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 2 of 2

FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

DEBTOR REJECTS LEASE WITH BMW FINANCIAL

DEBTOR LIFT THE STAY IN FAVOR OF BPPR CLAIM 5-1

DEBTOR TO MANTAIN REGULAR PAYMENT TO FIRSTBANK 4 MORTGAGES

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE CANDELARIA FARRULLA, CHARLES     Case No. 11-02894-13
Debtor(s)

# CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 1 of 2

| | Cr | # | $ |
|---|---|---|---|
| **Trustee pays secured ARREARS:** | FIRST BANK OF PR | 4160000192616 | 35.00 |
| | First Federal Savings | 4160-000-280-683 | 35.00 |
| **Debtor Otherwise maintains regular payments directly to:** | FIRST BANK OF PR | | |
| | First Federal Savings | | |
| **Executory Contracts - Rejected:** | BPPR | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 11-02894-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Thu May  5 13:01:53 AST 2011 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | BANCO SANTANDER<br>P O BOX 362589<br>SAN JUAN, PR  00936-2589 |
| BPPR<br>P O BOX 366818<br>SAN JUAN, PR 00936-6818 | (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 | COSTCO WHOLESALE<br>P O BOX 34331<br>SEATTLE, WA 98124-1331 |
| FIRST BANK OF PR<br>FIA CARD SERVICES<br>P O BOX 15026<br>WILMINGTON, DE  19850-5026 | FIRST BANK OF PR<br>P O BOX 19327<br>SAN JUAN, PR 00910-1327 | First Federal Savings<br>Ponce De Leon Av Stop 23<br>San Juan, PR  00901 |
| PRTC COQUI NET<br>P O BOX 70366<br>SAN JUAN, PR  00936-8366 | XEROX CORP<br>P O BOX 650361<br>DALLAS, TX  75265-0361 | CHARLES CANDELARIA FARRULLA<br>P O BOX 40704<br>SAN JUAN, PR 00940-0704 |
| JOSE M PRIETO CARBALLO<br>JPC LAW OFFICE<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901-1938 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Bmw Financial Services<br>PO Box 3608<br>Dublin, OH  43017 | End of Label Matrix<br>Mailable recipients    14<br>Bypassed recipients     0<br>Total                  14 |